### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Stephen M. Dew and Tanya M. Dew

      Debtor(s)

Case No: 18–14842–ref

Chapter: 7

_____


## REAFFIRMATION HEARING NOTICE


To the debtor, the debtor's counsel, and any party in interest:


NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

      Pro se Reaffirmation Agreement Between Debtor and VW Credit Inc

          On: 11/8/18

          At: 09:30 AM

          In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


For The Court

Dated:  10/17/18

Timothy B. McGrath
Clerk of Court