*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Stephen M. Dew and Tanya M. Dew
    Debtor(s)

Case No: 18−14842−ref

Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Reaffirmation Agreement Between Debtor and Caliber Home Loans, Inc.

        On: 11/20/18

        At: 09:30 AM

        In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated: 10/23/18

For The Court

Timothy B. McGrath
Clerk of Court