United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14842-ref
Stephen M. Dew                                                      Chapter 7
Tanya M. Dew
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Violet              Page 1 of 1            Date Rcvd: Oct 23, 2018
                             Form ID: 172              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db/jdb       +Stephen M. Dew,    Tanya M. Dew,    155 Frank Drive,    Norrthampton, PA 18067-1063
cr           +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
cr           +VW Credit Inc,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 02:21:16       Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT M. WILHELM    on behalf of Debtor Stephen M. Dew AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              SCOTT M. WILHELM    on behalf of Joint Debtor Tanya M. Dew AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stephen M. Dew and Tanya M. Dew
    Debtor(s)

Case No: 18−14842−ref
Chapter: 7

_____

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Reaffirmation Agreement Between Debtor and Caliber Home Loans, Inc.

    On: 11/20/18

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated:  10/23/18

Timothy B. McGrath
Clerk of Court

23 − 16
Form 172