# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stephen M. Dew<br>            Tanya M. Dew<br>                    Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>                    Movant<br>    vs. | NO. 18-14842 REF |
| Stephen M. Dew<br>Tanya M. Dew<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>                    Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor to exercise its rights under the loan documents relating to the 2009 TOYOTA COROLLA , VIN:2T1BU40E09C153853

Signed this            day of            , 2018.

**Date: November 13, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list